[Nos. 67207-0-I; 67208-8-I.   Division One.   May 21, 2012.]

*In the Matter of the Dependency of* C.L.C.

K.C. ET AL., *Appellants*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*.

Appeals from a judgment of the Superior Court for Snohomish County, No. 10-7-00697-1, Linda C. Krese, J., entered May 5, 2011. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Cox and Dwyer, JJ.

[No. 40787-6-II.   Division Two.   May 22, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. JANNA LEAANNE WOOTEN, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 08-1-00856-2, Nelson E. Hunt, J., entered May 18, 2010. *Reversed* and *remanded with instructions* by unpublished opinion per Van Deren, J., concurred in by Worswick, C.J., and Penoyar, J.

[No. 41217-9-II.   Division Two.   May 22, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. JACOB LEON HADLEY, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 09-1-00581-0, Susan Serko, J., entered July 30, 2010. *Affirmed* by unpublished opinion per Worswick, C.J., concurred in by Hunt and Quinn-Brintnall, JJ.

[No. 41517-8-II.   Division Two.   May 22, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT LORENZA CREWS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 10-1-00454-0, Ronald E. Culpepper, J., entered November 30, 2010. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Van Deren and Penoyar, JJ.